RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re: SONIA M MATEO
64 DAVIS DRIVE
BERGENFIELD, NJ 07621

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 23-18074**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2023 | $150.00 | | 11/13/2023 | $150.00 | |
| 12/11/2023 | $150.00 | | 01/16/2024 | $150.00 | |
| 02/12/2024 | $150.00 | | 03/11/2024 | $150.00 | |
| 04/15/2024 | $150.00 | | 05/13/2024 | $150.00 | |
| 06/10/2024 | $150.00 | | 07/15/2024 | $150.00 | |
| 08/12/2024 | $150.00 | | 09/10/2024 | $150.00 | |
| 10/15/2024 | $150.00 | | 11/12/2024 | $150.00 | |
| 12/09/2024 | $150.00 | | | | |

**Total Receipts: $2,250.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 166.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,092.50 | 1,657.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM INC | UNSECURED | 525.28 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 487.46 | * | 0.00 | |
| 0005 | CAPITAL ONE NA | UNSECURED | 1,842.74 | * | 0.00 | |
| 0006 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITI CARD/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CITIBANK/RADIO SHACK | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 23-18074**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,297.93 | * | 0.00 | |
| 0010 | CITIZENS BANK NA | UNSECURED | 882.96 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 466.18 | * | 0.00 | |
| 0012 | COMENITY BANK/THE CHILDRENS PLAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 7,152.08 | * | 0.00 | |
| 0015 | COMENITY CAPITAL/LANDS END | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LVNV FUNDING LLC | UNSECURED | 2,521.18 | * | 0.00 | |
| 0018 | CROSSCOUNTRY MORTGAGE | (NEW) Prepetition / | 3,361.89 | 100.00% | 0.00 | |
| 0019 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 862.49 | * | 0.00 | |
| 0021 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | FORTIVA | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 694.44 | * | 0.00 | |
| 0025 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | HY CITE ENTERPRISES, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | MERRICK BANK | UNSECURED | 2,140.91 | * | 0.00 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 4,032.30 | * | 0.00 | |
| 0030 | LVNV FUNDING LLC | UNSECURED | 1,124.94 | * | 0.00 | |
| 0031 | SYNCB/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | LVNV FUNDING LLC | UNSECURED | 579.79 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LVNV FUNDING LLC | UNSECURED | 1,078.89 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 2,007.92 | * | 0.00 | |
| 0037 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | TD BANK USA NA | UNSECURED | 742.05 | * | 0.00 | |
| 0044 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | CAPITAL ONE NA | UNSECURED | 427.89 | * | 0.00 | |
| 0046 | LVNV FUNDING LLC | UNSECURED | 761.42 | * | 0.00 | |
| 0047 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,717.37 | * | 0.00 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 443.05 | * | 0.00 | |

**Total Paid: $2,259.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $2,250.00 - Paid to Claims: $0.00 - Admin Costs Paid: $2,259.00 = Funds on Hand: $141.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.