UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br> Sonia M Mateo | Case No.: _____23-18074_____<br><br> Judge: _____MEH_____<br><br>Chapter:         13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒  Motion for Relief from the Automatic Stay filed by _____Rocket Mortgage_____ , creditor,

A hearing has been scheduled for _____7/15/26_____, at _10:00 a.m._ .

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The debtor made a payment on or abour 6/17/26 for $11,000, another payment
was made on or about 6/24/26  for $1800. The debtor will another payment on
7/9/26 for $900.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 7/8/26_____                    /s/Sonia M Mateo_____
                                                Debtor′s Signature

Date: _____                    _____
                                                Debtor′s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*