Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on August 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sonia M Mateo, | Case No. 23-18074-MEH |
| Debtor. | Judge: Mark E. Hall |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:              Sonia M Mateo
Case No.:            23-18074-MEH
Caption of Order:    **ORDER RESOLVING SECURED CREDITOR'S MOTION
                     FOR RELIEF FROM THE AUTOMATIC STAY AND
                     PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay (the "Motion") filed by CrossCountry Mortgage, LLC as serviced by Rocket Mortgage, LLC ("Secured Creditor"), and Sonia M Mateo ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 64 Davis Drive, Bergenfield, NJ 07621, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1.    Debtor is now post-petition current and is due for the September 1, 2026 post-petition monthly payment in the amount of $3,728.47 with $1,298.08 in suspense.

2.    Debtor shall resume post-petition payments to be paid timely and in full with the September 1, 2026 payment.

3.    If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Property.

4.    Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.