Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on August 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sonia M Mateo, | Case No. 23-18074-MEH |
| Debtor. | Judge: Mark E. Hall |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 3, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:             Sonia M Mateo
Case No.:           23-18074-MEH
Caption of Order:   **ORDER RESOLVING SECURED CREDITOR'S MOTION
                    FOR RELIEF FROM THE AUTOMATIC STAY AND
                    PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay (the "Motion") filed by CrossCountry Mortgage, LLC as serviced by Rocket Mortgage, LLC ("Secured Creditor"), and Sonia M Mateo ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 64 Davis Drive, Bergenfield, NJ 07621, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the September 1, 2026 post-petition monthly payment in the amount of $3,728.47 with $1,298.08 in suspense.

2. Debtor shall resume post-petition payments to be paid timely and in full with the September 1, 2026 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Property.

4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

United States Bankruptcy Court

District of New Jersey

In re:

Sonia M Mateo

    Debtor

Case No. 23-18074-MEH

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Sonia M Mateo, 64 Davis Drive, Bergenfield, NJ 07621-2232

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor CrossCountry Mortgage  LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Aleisha Candace Jennings | on behalf of Creditor CrossCountry Mortgage  LLC as serviced by Rocket Mortgage LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert P. Saltzman | |

District/off: 0312-2

User: admin

Date Rcvd: Aug 03, 2026

Form ID: pdf903

Total Noticed: 1

on behalf of Creditor CrossCountry Mortgage  LLC dnj@pbslaw.org

Russell L. Low

on behalf of Debtor Sonia M Mateo ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8