Order Filed on August 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

**Russell L. Low, Esq. – RLL 4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

SONIA M. MATEO

Debtor(s)

Case No. 23-18074

Chapter 13

Judge: The Honorable Mark E. Hall

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

_X_ through the Chapter 13 plan as an administrative priority.

___ outside the plan.

The debtor's monthly plan is modified to require a payment of $167.60 per month for 25 months starting September 1, 2026 to allow for payment of the above fee.